SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; and SYBASE, INC. <br><br> Defendants. | Case No. CV 09-1224 CW <br><br> **STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND ORDER** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and Civil Local Rule 7-12, plaintiff BackWeb Technologies, Ltd. ("BackWeb") and defendants Microsoft Corporation ("Microsoft"); iAnywhere Solutions, Inc. ("iAnywhere"); and Sybase, Inc. ("Sybase"), through their respective attorneys of record, hereby stipulate as follows:

1.     WHEREAS, Plaintiff seeks to amend its complaint, solely by adding Symantec Corporation ("Symantec") as a new party defendant;

2.     WHEREAS the Original Complaint in this action was filed on March 20, 2009, and Plaintiff filed its First Amended Complaint as of right on April 15, 2009, adding Sybase and iAnywhere as defendants;

3.     WHEREAS, The Second Amended Complaint alleges that Symantec infringes the same patents that it alleges Microsoft, Sybase and iAnywhere infringe;

4.     WHEREAS, because Symantec is alleged to have infringed the same patents, it is likely that the same or similar issues will arise on claims construction and on the defenses of invalidity and unenforceability for Symantec and the present defendants;

5.     WHEREAS Symantec, like the present defendants, is alleged to have infringed by, *inter alia*, making, using and selling products that transmit digital information in background mode over a communications link between a computer network and a local computer and throttling the transfer speed to create minimal interference with other processes communicating over the communications link, so that it is likely that similar issues of infringement will arise for Symantec; and

6.     WHEREAS the present parties to this case are also today filing a stipulation that the Initial Case Management Conference, now scheduled for August 4, 2009, be rescheduled to September 8, 2009, subject to the Court's schedule and availability, in order to allow time for Plaintiff to seek amendment of its complaint, and to allow Symantec time to obtain litigation counsel and prepare for the Case Management Conference.

NOW THEREFORE the parties through their undersigned counsel hereby stipulate and request that the Court grant leave to plaintiff to file its Second Amended Complaint, a copy of which is attached hereto as Exhibit 1.

**IT IS SO STIPULATED**

Dated:  July 9, 2009                                        Respectfully submitted,

*/s/ George F. Bishop*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*


*/s/ Eric L. Wesenberg*_____
ERIC L. WESENBERG (CA Bar No. 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (CA Bar No. 225521)
uhui@orrick.com
HAO (HELEN) LI (CA Bar No. 247420)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400 Tel.
(650) 614-7401 Fax

M. PATRICIA THAYER (CA Bar No. 90818)
pthayer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
(415) 773-5700 Tel.
(415) 773-5759 Fax

STIPULATED MOTION FOR LEAVE TO                3                    Case No. CV 09-1224 CW
FILE SECOND AMENDED COMPLAINT
AND ORDER

STEPHEN P. MCGRATH (CA Bar No. 202696)
stevemcg@microsoft.com
MICROSOFT CORPORAITON
One Microsoft Way
Redmond, WA  98052-6399
(425) 882-8080

*Attorneys for Defendant*
*MICROSOFT CORPORATION*


*/s/ Mark D. Fowler*_____
MARK D. FOWLER (CA Bar No. 124235)
mark.fowler@dlapiper.com
ROBERT BUERGI (CA Bar No. 242910)
robert.buergi@dlapiper.com
MARC BELLOLI (CA Bar No. 244290)
mark.belloli@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303
(650) 833-2000 Tel.
(650) 833-2001 Fax
*Attorneys for Defendants*
*Sybase, Inc. and iAnywhere Solutions, Inc.*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  July 9, 2009

*/s/George F. Bishop*_____
George F. Bishop

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Plaintiff's Stipulated Motion for Leave to File Second Amended Complaint is GRANTED; and Plaintiff has leave to file the Second Amended Complaint attached to the Stipulated Motion for Leave to File Second Amended Complaint.

7/21/09

Dated: _____      _____
                          Honorable Claudia Wilken
                          U.S. DISTRICT COURT JUDGE