SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION;<br>IANYWHERE SOLUTIONS, INC.; and<br>SYBASE, INC.<br><br>    Defendants. | Case No. CV 09-1224 CW<br><br>**STIPULATED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE AND ORDER AS MODIFIED** |

Pursuant to stipulation by and between the parties hereto, plaintiff BackWeb Technologies, Ltd. ("BackWeb") and defendants Microsoft Corporation ("Microsoft"); iAnywhere Solutions, Inc. ("iAnywhere"); and Sybase, Inc. ("Sybase"), through their respective attorneys of record, hereby request that the Initial Case Management Conference now scheduled for August 4, 2009 be rescheduled to September 8, 2009, subject to the Court's

schedule and availability.

Plaintiff has filed a stipulated motion to file a second amended complaint, adding as defendant Symantec Corporation ("Symantec").  That motion has not yet been ruled upon. As a result, the proposed new defendant will likely not have been served with the new complaint until after the current date for the Case Management Conference, August 4.  The proposed defendant will also not yet have litigation counsel for this matter.

Accordingly, should the Court grant leave to amend the complaint, the rescheduled date will provide the newly-added defendants time to prepare for and fully participate in the Case Management Conference.  In the event the Court denies the motion to amend, the case can move forward with only a brief delay of one month.  Thus, the parties request that the date for the Case Management Conference should be rescheduled for September 8, 2009, or as soon thereafter as is convenient for the Court.

Dated:  July 9, 2009                                Respectfully submitted,


                                  */s/ George F. Bishop*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

| | |
|---|---|
| 1 | |
| 2 | */s/ Eric L. Wesenberg*_____<br>ERIC L. WESENBERG (CA Bar No. 139696)<br>ewesenberg@orrick.com |
| 3 | ULYSSES S. HUI (CA Bar No. 225521)<br>uhui@orrick.com |
| 4 | HAO (HELEN) LI (CA Bar No. 247420)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | 1000 Marsh Road |
| 6 | Menlo Park, CA 94025<br>(650) 614-7400 Tel. |
| 7 | (650) 614-7401 Fax |
| 8 | M. PATRICIA THAYER (CA Bar No. 90818) |
| 9 | pthayer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 10 | The Orrick Building<br>405 Howard Street |
| 11 | San Francisco, CA 94105-2669<br>(415) 773-5700 Tel. |
| 12 | (415) 773-5759 Fax |
| 13 | STEPHEN P. MCGRATH (CA Bar No. |
| 14 | 202696)<br>stevemcg@microsoft.com |
| 15 | MICROSOFT CORPORAITON<br>One Microsoft Way |
| 16 | Redmond, WA 98052-6399<br>(425) 882-8080 |
| 17 | |
| 18 | *Attorneys for Defendant*<br>*MICROSOFT CORPORATION* |
| 19 | |
| 20 | |
| 21 | */s/ Mark D. Fowler*_____<br>MARK D. FOWLER (CA Bar No. 124235) |
| 22 | mark.fowler@dlapiper.com<br>ROBERT BUERGI (CA Bar No. 242910) |
| 23 | robert.buergi@dlapiper.com<br>MARC BELLOLI (CA Bar No. 244290) |
| 24 | mark.belloli@dlapiper.com |
| 25 | DLA PIPER LLP (US)<br>2000 University Avenue |
| 26 | East Palo Alto, CA 94303<br>(650) 833-2000 Tel. |
| 27 | (650) 833-2001 Fax |
| 28 | |

STIPULATED MOTION TO RESET INITIAL   3   CASE NO. CV 09-1224 CW
CASE MANAGEMENT CONFERENCE

*Attorneys for Defendants*
*Sybase, Inc. and iAnywhere Solutions, Inc.*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  July 9, 2009

*/s/George F. Bishop*_____
George F. Bishop

1 | **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2 |     The Case Management Conference is rescheduled to **September 15, 2009, at 2:00 p.m.**

Dated: __7/21/09__

_____
Honorable Claudia Wilken
U.S. DISTRICT COURT JUDGE