SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

*Additional attorneys listed on signature page*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; and SYMANTEC CORPORATION, <br><br> Defendants. | Case No. CV 09-1224 CW <br><br> **STIPULATED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |

Pursuant to the provisions of Fed. R. Civ. P. 41, Plaintiff BackWeb Technologies, Ltd., by and through its counsel of record, hereby dismisses with prejudice all claims and counterclaims asserted by it against Sybase, Inc. and iAnywhere Solutions, Inc. in *BackWeb Technologies, Ltd. v. Microsoft Corporation, et al.*, Case No. CV 09-1224 CW. Also pursuant to the provisions of Fed. R. Civ. P. 41, Defendants Sybase, Inc. and iAnywhere Solutions, Inc. hereby dismisses with prejudice

all claims and counterclaims asserted by it against BackWeb Technologies, Ltd. in the above referenced cause.  Each side will bear its own fees and costs.

Dated:  September 4, 2009	Respectfully submitted,

*/s/ Spencer Hosie*_____ _____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD*

*/s/ Mark D. Fowler*_____
MARK D. FOWLER (CA Bar No. 124235)
mark.fowler@dlapiper.com
ROBERT BUERGI (CA Bar No. 242910)
robert.buergi@dlapiper.com
MARC BELLOLI (CA Bar No. 244290)
mark.belloli@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303
(650) 833-2000 Tel.
(650) 833-2001 Fax

*Attorneys for Defendants*
*Sybase, Inc. and iAnywhere Solutions, Inc.*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:	September 4, 2009

*/s/ Spencer Hosie*
_____
Spencer Hosie

1 | SO ORDERED.

2 | Date: September __14__, 2009

_____

IT IS SO ORDERED

Judge Claudia Wilken

| STIPULATED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE | 3 | CASE NO. CV 09-1224 CW |