ERIC L. WESENBERG (STATE BAR NO. 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (STATE BAR NO. 225521)
uhui@orrick.com
HAO (HELEN) LI (STATE BAR NO. 247420)
hli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

M. PATRICIA THAYER (STATE BAR NO. 90818)
pthayer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     415-773-5700
Facsimile:      415-773-5759

STEPHEN P. MCGRATH (STATE BAR NO. 202696)
stevemcg@microsoft.com
MICROSOFT  CORPORATION
One Microsoft Way
Redmond, WA  98052-6399
Telephone:     425-882-8080

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION AND SYMANTEC CORPORATION,<br><br>Defendants. | Case No.  cv 09-1224 CW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING MICROSOFT EXTENSION TO SERVE ITS INVALIDITY CONTENTIONS AND PRODUCE ACCOMPANYING DOCUMENTS** |

1  WHEREAS, Defendant Symantec Corporation ("Symantec") will serve its
2  Invalidity Contentions pursuant to Patent Local Rule 3-3 on November 20, 2009; and
3  WHEREAS, Defendant Microsoft Corporation ("Microsoft") wishes to serve its
4  Invalidity Contentions on the same day as Symantec; and
5  WHEREAS, Plaintiff BackWeb Technologies, Ltd. ("BackWeb") does not object
6  to Microsoft serving its Invalidity Contentions on November 20, 2009;
7  IT IS HEREBY STIPULATED by and between BackWeb and Microsoft (the
8  "Parties") through their designated counsel as follows:
9  1.  The Parties agree that Microsoft shall have leave to serve its Invalidity
10 Contentions pursuant to Patent Local Rule 3-3 and produce documents pursuant to Patent Local
11 Rule 3-4 on November 20, 2009.

13 **IT IS SO STIPULATED**.

14 Dated: November 3, 2009

/ s /  *Eric L. Wesenberg*  / s /
ERIC L. WESENBERG (SBN 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (SBN 225521)
uhui@orrick.com
HAO (HELEN) LI (SBN 247420)
hli@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401

|   |   |
|---|---|
| 1 | M. PATRICIA THAYER (SBN 90818) |
| 2 | pthayer@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | The Orrick Building<br>405 Howard Street |
| 4 | San Francisco, CA  94105-2669<br>Telephone:     415-773-5700 |
| 5 | Facsimile:      415-773-5759 |
| 6 | STEPHEN P. MCGRATH (SBN 202696)<br>stevemcg@microsoft.com |
| 7 | MICROSOFT CORPORATION<br>One Microsoft Way |
| 8 | Redmond, WA 98052-6399<br>Telephone:     425-882-8080 |
|   | Facsimile:      425-936-7329 |

Attorneys for Defendant
MICROSOFT CORPORATION


              /s/ *Bruce Wecker* /s/
SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
BRUCE WECKER (SBN 078530)
bwecker@ hosielaw.com
GEORGE F. BISHOP (SBN 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA  94105
Telephone:     415-247-6000
Facsimile:      415-247-6001

Attorneys for Plaintiff
BACKWEB TECHNOLOGIES, LTD

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Eric L. Wesenberg, attests that the above signatories for the BackWeb Technologies, Ltd. have concurred and consented to the filing of this document.

DATED:  November 3, 2009

              /s/ *Eric L. Wesenberg* /s/
              Eric L. Wesenberg

- 2 -    STIP. AND [PROPOSED] ORDER GRANTING
EXTENSION TO SERVE INVALIDITY CONTENTIONS
CV 09-1224 CW

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT

Microsoft shall have leave to serve its Invalidity Contentions pursuant to Patent Local Rule 3-3 and produce documents pursuant to Patent Local Rule 3-4 on November 20, 2009.

DATED: 11/4 , 2009

*/s/ Claudia Wilken*

Honorable Claudia Wilken
U.S. DISTRICT COURT JUDGE