SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; and SYMANTEC CORPORATION <br><br> Defendants. | Case No. CV 09-1224 CW <br><br> **STIPULATED MOTION TO EXTEND CERTAIN DATES RELATING TO CLAIMS CONSTRUCTION AND [PROPOSED] ORDER** |

Pursuant to stipulation by and between the parties hereto, plaintiff BackWeb Technologies, Ltd. ("BackWeb") and defendants Microsoft Corporation ("Microsoft"); and Symantec Corporation ("Symantec"), through their respective attorneys of record, hereby request that the Court set the dates of certain events relating to claims construction in this patent case, on the dates set forth below.

An Initial Case Management Conference was held in this case on September 15, 2009. Prior to the conference, on September 9, 2009, the parties submitted their Joint Case Management Statement, which set forth proposed pre-trial dates, including dates for certain activities relating to claim construction provided by Patent Local Rules 3.1, 3.2, 4.1, 4.2, 4.3, 4.4. To the recollection of the parties, at the conference the Court approved the proposed dates for events provided-for in the afore-mentioned Patent Local Rules, although these dates were not set forth in the Minute Order and Case Management Order filed September 22, 2009.

The parties wish to set dates for these activities that are extended approximately six weeks from the dates proposed in the Joint Case Management Statement. The parties submit that the case schedule set by the Court in its September 22, 2009 order allows times for the extended dates, because therein the Court set a date of November 1, 2010 for the filing, all in one brief, of plaintiff's dispositive motions, Claims Constructions briefs and motion to limit or exclude expert testimony. The parties represent that this extension will not delay any dates set forth in the Court's order. Accordingly, the parties stipulate and request that the Court order the following deadlines for the following case events:

| Event | Dates |
|---|---|
| Exchange of Proposed Terms and Claim Elements for Construction [Pat. L.R. 4.1.a-b.] | January 11, 2010 |
| Simultaneous Exchange of Preliminary Claim Constructions and Preliminary Identifications of Extrinsic Evidence [Pat. L.R. 4.2.a-b.] | February 1, 2010 |
| Simultaneous Exchange of Responsive Claim Constructions | February 17, 2010 |
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.3] | February 23, 2010 |
| Completion of Claim Construction Discovery [Pat. L.R. 4.4] | October 22, 2010 |

STIPULATED MOTION TO EXTEND                                   CASE NO. CV 09-1224 CW
CERTAIN DATES
                                    2

Dated:  December 1, 2009        Respectfully submitted,


*/s/ George F. Bishop*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*



*/s/ Ulysses S. Hui*_____
ERIC L. WESENBERG (CA Bar No. 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (CA Bar No. 225521)
uhui@orrick.com
HAO (HELEN) LI (CA Bar No. 247420)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400 Tel.
(650) 614-7401 Fax

M. PATRICIA THAYER (CA Bar No. 90818)
pthayer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
(415) 773-5700 Tel.
(415) 773-5759 Fax

STEPHEN P. MCGRATH (CA Bar No. 202696)
stevemcg@microsoft.com
MICROSOFT CORPORAITON

One Microsoft Way
Redmond, WA  98052-6399
(425) 882-8080

*Attorneys for Defendant*
*MICROSOFT CORPORATION*


*/s/ Christopher Freeman*_____
SEAN S. PAK
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
50 California Street, 22nd Floor
San Francisco, CA  94111

DAVID A. NELSON
davenelson@quinnemanuel.com
CHRISTOPHER FREEMAN
chrisfreeman@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
250 S. Wacker Drive, Suite 230
Chicago, IL  60606

*Attorneys for Defendant*
*SYMANTEC CORPORATION*

## CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  December 1, 2009

*/s/ George F. Bishop*_____
George F. Bishop

STIPULATED MOTION TO EXTEND CERTAIN DATES

CASE NO. CV 09-1224 CW

4

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The parties to this action will comply with the dates set forth in the accompanying Stipulated Motion.

Dated: December __10__, 2009

_____
Honorable Claudia Wilken
U.S. DISTRICT COURT JUDGE

STIPULATED MOTION TO EXTEND CERTAIN DATES

CASE NO. CV 09-1224 CW

5