SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; and SYMANTEC CORPORATION <br><br> Defendants. | Case No. CV 09-1224 CW <br><br> **STIPULATED MOTION TO EXTEND CERTAIN DATES RELATING TO CLAIMS CONSTRUCTION AND ORDER** |

Pursuant to stipulation by and between the parties hereto, plaintiff BackWeb Technologies, Ltd. ("BackWeb") and defendants Microsoft Corporation ("Microsoft"); and Symantec Corporation ("Symantec"), through their respective attorneys of record, hereby request that the Court set the dates of certain events relating to claims construction in this patent case, on the dates set forth below.

An Initial Case Management Conference was held in this case on September 15, 2009. An initial schedule was set forth in the Minute Order and Case Management Order filed September 22, 2009. On December 10, 2009, pursuant to stipulation of the parties, the Court set February 23, 2010 for the filing of the joint claim chart and hearing statement. The parties have exchanged their proposed constructions and identification of intrinsic and extrinsic evidence. They wish to have additional time to meet and confer on whether they can reach agreement on some of the claim term meanings. Thus, the parties propose that the current date be extended to March 19, 2010.

The parties represent that this extension will not delay any other dates set forth in the current schedule. Accordingly, the parties stipulate and request that the Court order the following deadlines for the following case events:

| **Event** | **Dates** |
|---|---|
| Filing of Joint Claim Chart, Worksheet and Hearing Statement [Pat. L.R. 4.3] | March 19, 2010 |

Dated:  February 19, 2010                           Respectfully submitted,


*/s/ Bruce Wecker*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

1
2          *Attorneys for Plaintiff*
           *BACKWEB TECHNOLOGIES, LTD.*
3
4          */s/ Ulysses S. Hui*_____
5          ERIC L. WESENBERG (CA Bar No. 139696)
           ewesenberg@orrick.com
6          ULYSSES S. HUI (CA Bar No. 225521)
           uhui@orrick.com
7          HAO (HELEN) LI (CA Bar No. 247420)
           ORRICK, HERRINGTON & SUTCLIFFE LLP
8          1000 Marsh Road
           Menlo Park, CA 94025
9          (650) 614-7400 Tel.
10         (650) 614-7401 Fax

11         M. PATRICIA THAYER (CA Bar No. 90818)
           pthayer@sidley.com
12         SIDLEY AUSTIN LLP
           555 California Street
13         San Francisco, CA  94104
14         (415) 772-7469 Tel.
           (415) 772-7400 Fax
15
           STEPHEN P. MCGRATH (CA Bar No.
16         202696)
           stevemcg@microsoft.com
17         MICROSOFT CORPORAITON
18         One Microsoft Way
           Redmond, WA  98052-6399
19         (425) 882-8080

20         *Attorneys for Defendant*
21         *MICROSOFT CORPORATION*

22

23         */s/ Christopher Freeman*_____
           SEAN S. PAK
24         seanpak@quinnemanuel.com
25         QUINN EMANUEL URQUHART OLIVER &
           HEDGES LLP
26         50 California Street, 22nd Floor
           San Francisco, CA  94111
27
28
  STIPULATED MOTION TO EXTEND                                          CASE NO. CV 09-1224 CW
  CERTAIN DATES
                                            3

DAVID A. NELSON
davenelson@quinnemanuel.com
CHRISTOPHER FREEMAN
chrisfreeman@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP
250 S. Wacker Drive, Suite 230
Chicago, IL  60606

*Attorneys for Defendant*
*SYMANTEC CORPORATION*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  February 19, 2010

*/s/ Bruce Wecker*_____
Bruce Wecker

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

The parties to this action will comply with the dates set forth in the accompanying Stipulated Motion.

Dated:  February 23, 2010

_____
Honorable Claudia Wilken
U.S. DISTRICT COURT JUDGE