SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; and SYMANTEC CORPORATION, <br><br> Defendants. | Case No. CV 09-1224 CW <br><br> **STIPULATED MOTION FOR DISMISSAL OF SYMANTEC CORPORATION WITH PREJUDICE AND ORDER** |

Plaintiff BackWeb Technologies, Ltd., and Defendant Symantec Corporation, pursuant to Rule 41 of the Federal Civil Judicial Procedure and Rules, hereby move for an order dismissing this action with regard to all claims brought by Plaintiff against Defendant Symantec Corporation, and all claims brought by Defendant Symantec Corporation against Plaintiff BackWeb Technologies, Ltd., in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  March 19, 2010          HOSIE RICE LLP

                                 /s/ Bruce Wecker
                                Bruce Wecker
                                *Attorneys for Plaintiff*
                                *BACKWEB TECHNOLOGIES, LTD.*

Dated:  March 19, 2010          QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

                                */s/ David A. Nelson*
                                David A. Nelson
                                *Attorney for Defendant*
                                *SYMANTEC CORPORATION*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   March 19, 2010

                                                */s/ Bruce Wecker*
                                                            Bruce Wecker

**IT IS SO ORDERED.**

DATED this 25th day of March, 2010.

                                      HONORABLE CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE