SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; and SYMANTEC CORPORATION<br><br>Defendants. | Case No. CV 09-1224 CW<br><br>**STIPULATED MOTION TO EXTEND THE DATE FOR THE ADR SESSION AND [~~PROPOSED~~] ORDER** |

Pursuant to stipulation by and between the parties hereto, plaintiff BackWeb Technologies, Ltd. ("BackWeb") and defendant Microsoft Corporation ("Microsoft"), through their respective attorneys of record, hereby request that the Court extend the date of the ADR

Session to the date set forth below.

An Initial Case Management Conference was held in this case on September 15, 2009. An initial schedule was set forth in the Minute Order and Case Management Order filed September 22, 2009 providing that an ADR Session be held by April 9, 2010 or as soon thereafter is convenient to the mediator's schedule. The parties have engaged JAMS to conduct private mediation and scheduled an ADR Session for May 13, 2010. Thus, the parties propose that the current date for the first ADR Session be extended to May 13, 2010.

The parties represent that this extension will not delay any other dates set forth in the current schedule. Accordingly, the parties stipulate and request that the Court order the following deadlines for the following case events:

| Event | Date |
|---|---|
| ADR Session | May 13, 2010 |

Dated: March 24, 2010                                Respectfully submitted,


                                                     */s/ Bruce Wecker*_____
                                                     SPENCER HOSIE (CA Bar No. 101777)
                                                     shosie@hosielaw.com
                                                     BRUCE WECKER (CA Bar No. 078530)
                                                     bwecker@hosielaw.com
                                                     GEORGE F. BISHOP (CA Bar No. 89205)
                                                     gbishop@hosielaw.com
                                                     DIANE S. RICE
                                                     drice@hosielaw.com
                                                     HOSIE RICE LLP
                                                     188 The Embarcadero, Suite 750
                                                     San Francisco, CA 94105
                                                     (415) 247-6000 Tel.
                                                     (415) 247-6001 Fax

                                                     *Attorneys for Plaintiff*

STIPULATED MOTION TO EXTEND                                              CASE NO. CV 09-1224 CW
ADR SESSION DATE
                                            2

*BACKWEB TECHNOLOGIES, LTD.*

*/s/ Ulysses S. Hui*_____
ERIC L. WESENBERG (CA Bar No. 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (CA Bar No. 225521)
uhui@orrick.com
HAO (HELEN) LI (CA Bar No. 247420)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400 Tel.
(650) 614-7401 Fax

M. PATRICIA THAYER (CA Bar No. 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
(415) 772-7469 Tel.
(415) 772-7400 Fax

STEPHEN P. MCGRATH (CA Bar No. 202696)
stevemcg@microsoft.com
MICROSOFT CORPORAITON
One Microsoft Way
Redmond, WA  98052-6399
(425) 882-8080

*Attorneys for Defendant*
*MICROSOFT CORPORATION*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Bruce Wecker, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED:  March 24, 2010

*/s/ Bruce Wecker*_____
Bruce Wecker

STIPULATED MOTION TO EXTEND                                                         CASE NO. CV 09-1224 CW
ADR SESSION DATE

3

1 **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2 The parties to this action will comply with the date set forth in the accompanying

3 Stipulated Motion.

4
5 Dated: ~~March~~ April _5_, 2010          _____
                                           Honorable Claudia Wilken
6                                          U.S. DISTRICT COURT JUDGE

STIPULATED MOTION TO EXTEND                                    CASE NO. CV 09-1224 CW
ADR SESSION DATE
                                    4