SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; and SYMANTEC CORPORATION,<br><br>Defendants. | Case No. CV 09-1224 CW<br><br>**[PROPOSED] ORDER DENYING MICROSOFT CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF FOR EARLY SUMMARY JUDGMENT** |

AND NOW, this  6th  day of _____May_____, 2010, upon consideration of the Microsoft Corporation's Motion for Administrative Relief to File Early Summary Judgment, filed April 29, 2010, and the opposition thereto, it is hereby ORDERED that said Motion is DENIED.

                    BY THE COURT,

_____
Honorable Claudia Wilken
United States District Judge