SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*

*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BACKWEB TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION; IANYWHERE SOLUTIONS, INC.; SYBASE, INC.; and SYMANTEC CORPORATION <br><br> Defendants. | Case No. CV 09-1224 CW <br><br> **STIPULATED MOTION TO EXTEND THE DATE FOR MICROSOFT CORPORATION'S REPLY IN SUPPORT OF MOTION FOR STAY AND [PROPOSED] ORDER** |

Pursuant to stipulation by and between the parties hereto, plaintiff BackWeb Technologies, Ltd. ("BackWeb") and defendant Microsoft Corporation ("Microsoft"), through their respective attorneys of record, hereby request that the Court extend the date of

STIPULATED MOTION TO EXTEND                                               CASE NO. CV 09-1224 CW
REPLY DATE

1

Microsoft's Reply in Support of Motion for Stay ("Reply").  It is currently due on May 20, 2010.  The parties propose that the current due date be extended to June 1, 2010.

The parties represent that this extension will not delay any other dates set forth in the current schedule.  Accordingly, the parties stipulate and request that the Court order the deadline for Microsoft's Reply to June 1, 2010.

Dated:  May 19, 2010   Respectfully submitted,


*/s/ Bruce Wecker*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DIANE S. RICE
drice@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD.*


*/s/ Ulysses S. Hui*_____
ERIC L. WESENBERG (CA Bar No. 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (CA Bar No. 225521)
uhui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400 Tel.
(650) 614-7401 Fax

M. PATRICIA THAYER (CA Bar No. 90818)
pthayer@sidley.com

|   |   |
|---|---|
| 1 | SIDLEY AUSTIN LLP |
| 2 | 555 California Street |
|   | San Francisco, CA  94104 |
| 3 | (415) 772-7469 Tel. |
|   | (415) 772-7400 Fax |

STEPHEN P. MCGRATH (CA Bar No. 202696)
stevemcg@microsoft.com
MICROSOFT CORPORAITON
One Microsoft Way
Redmond, WA  98052-6399
(425) 882-8080

*Attorneys for Defendant*
*MICROSOFT CORPORATION*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Bruce Wecker, attest that the above signatories for the Defendant has concurred and consented to the filing of this document.

DATED:  May 19, 2010

　　　　　　　　　　　　　　*/s/ Bruce Wecker*_____
　　　　　　　　　　　　　　Bruce Wecker

1 | **PURSUANT TO STIPULATION IT IS ORDERED THAT**

2 | Microsoft's Reply in Support of Motion for Stay shall be filed on or before June

3 | 1, 2010.

5 | Dated:  May  21, 2010

Honorable Claudia Wilken
U.S. DISTRICT COURT JUDGE

STIPULATED MOTION TO EXTEND                                          CASE NO. CV 09-1224 CW
REPLY DATE

4