1  SPENCER HOSIE (CA Bar No. 101777)
2  shosie@hosielaw.com
   BRUCE WECKER (CA Bar No. 078530)
3  bwecker@hosielaw.com
   GEORGE F. BISHOP (CA Bar No. 89205)
4  gbishop@hosielaw.com
5  HOSIE RICE LLP
   188 The Embarcadero, Suite 750
6  San Francisco, CA 94105
   (415) 247-6000 Tel.
7  (415) 247-6001 Fax

8  *Attorneys for Plaintiff*
9  *BACKWEB TECHNOLOGIES, LTD.*

10 *Additional attorneys listed on signature page*

11

12              **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                     **OAKLAND DIVISION**

14

15 BACKWEB TECHNOLOGIES, LTD.,
                                              Case No. CV 09-1224 CW
16              Plaintiff,

17 v.                                         **STIPULATED ORDER OF DISMISSAL**
                                              **WITH PREJUDICE**
18 MICROSOFT CORPORATION;
   IANYWHERE SOLUTIONS, INC.; SYBASE,
19 INC.; and SYMANTEC CORPORATION,

20              Defendants.

21

22      Pursuant to the provisions of Fed. R. Civ. P. 41, Plaintiff BackWeb Technologies, Ltd., by

23 and through its counsel of record, hereby dismisses with prejudice all claims asserted by it against

24 Microsoft Corporation in *BackWeb Technologies, Ltd. v. Microsoft Corporation, et al.*, Case No. CV

25 09-1224 CW.  Also pursuant to the provisions of Fed. R. Civ. P. 41, Defendant Microsoft
26

27

28

STIPULATED ORDER OF DISMISSAL              1              CASE NO. CV 09-1224 CW
WITH PREJUDICE

Corporation hereby dismisses with prejudice all counterclaims asserted by it against BackWeb Technologies, Ltd. in the above referenced cause.  Each side will bear its own fees and costs.

Dated:  June 2, 2010                              Respectfully submitted,

*/s/Spencer Hosie*_____
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*BACKWEB TECHNOLOGIES, LTD*

*/s/Eric L. Wesenberg*_____
ERIC L. WESENBERG (CA Bar No. 139696)
ewesenberg@orrick.com
ULYSSES S. HUI (CA Bar No. 225521)
uhui@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400 Tel.
(650) 614-7401 Fax

M. PATRICIA THAYER (CA Bar No. 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
(415) 772-7469 Tel.
(415) 772-7400 Fax

STEPHEN P. MCGRATH (CA Bar No. 202696)
stevemcg@microsoft.com
MICROSOFT CORPORAITON
One Microsoft Way
Redmond, WA  98052-6399
(425) 882-8080

STIPULATED ORDER OF DISMISSAL                    2                    CASE NO. CV 09-1224 CW
WITH PREJUDICE

*Attorneys for Defendant*
*MICROSOFT CORPORATION*

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated:   June 2, 2010

/s/ *Spencer Hosie*
Spencer Hosie

SO ORDERED.

Dated: June 4, 2010

Honorable Claudia Wilken

STIPULATED ORDER OF DISMISSAL              3              CASE NO. CV 09-1224 CW
WITH PREJUDICE